## DOROTHY S. MacMILLAN v. DIRECTOR, DIVISION OF TAXATION.

October 20, 1981.

Petition for certification granted. (See 180 *N.J.Super.* 175)

## GERTRUDE MILLS v. DIRECTOR, DIVISION OF TAXATION.

October 20, 1981.

Petition for certification granted. (See 180 *N.J.Super.* 175)

## ALDO FERRARI v. METRO MOTOR FREIGHT CARRIERS.

October 20, 1981.

Petition for certification denied.

## STATE OF NEW JERSEY v. CLAUDE HOLLAND.

October 20, 1981.

Petition for certification denied.

## STATE OF NEW JERSEY v. JOSEPH BROWN.

October 20, 1981.

Petition for certification denied.